Jose **RODRIGUEZ; et al., Petitioners,**

v.

Peter D. **KEISLER,\* Acting Attorney General, Respondent.**

No. 07–71855.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 1, 2007.**

Filed Oct. 10, 2007.

Jose Rodriguez, La Puente, CA, pro se.

Marcela Francisca Sanchez Paniagua, La Puente, CA, pro se.

Gabriel Alejandro Rodriguez, La Puente, CA, pro se.

CAC–District, Office of the District Counsel, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Julie M. Iversen,

General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

U.S. Department of Justice, Civil Division, Washington, D.C., for Respondent.

Before: B. FLETCHER, BERZON and IKUTA, Circuit Judges.

### MEMORANDUM ***

This is a petition for review of the Board of Immigration Appeals' ("BIA") order adopting and affirming an Immigration Judge's order denying petitioners Jose Rodriguez, Marcela Sanchez Paniagua, and Gabriel Rodriguez's application for cancellation of removal.

A review of the administrative record demonstrates that petitioners have presented no evidence that they have a qualifying relative as defined in 8 U.S.C. § 1229b(b)(1)(D). *See Molina-Estrada v. INS,* 293 F.3d 1089, 1093-94 (9th Cir. 2002). The BIA therefore correctly concluded that, as a matter of law, petitioner was ineligible for cancellation of removal. Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* Peter D. Keisler is substituted for his predecessor, Alberto R. Gonzales, as Acting Attorney